UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **RONALD HANSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 1:19-cv-00393-JDL |
| | ) |
| **CORRECTIONAL HEALTH** | ) |
| **PARTNERS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Ronald Hanson brings this action for alleged violations of his rights under state and federal law arising out of medical treatment allegedly administered to him at the Kennebec County Correctional Facility on October 2, 2015. Defendants Correctional Health Partners, LLC, Jeff Archambeau, Dr. Jennifer Mix, Dee Butler, and Dr. Teresa Mayer (collectively, the "CHP Defendants") move to dismiss the vicarious liability claims asserted in Counts One through Four of Hanson's complaint and to dismiss Counts Five through Ten entirely (ECF No. 8). Defendant Kimberly Vigue separately moves to dismiss Counts Five through Ten of the complaint (ECF No. 9).

United States Magistrate Judge John C. Nivison filed his Recommended Decision on the motions to dismiss with the Court on February 28, 2020 (ECF No. 30), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed.

The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.  I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 30) of the Magistrate Judge is hereby **ACCEPTED**.  The CHP Defendants' motion to dismiss (ECF No. 8) is **GRANTED IN PART**, as to the vicarious liability claims contained in Counts One through Four of the complaint, and **DENIED IN PART as moot**, as to Counts Five through Ten of the complaint.  Additionally, Defendant Vigue's motion to dismiss (ECF No. 9) is **DENIED as moot**.

**SO ORDERED.**

**Dated this 20th day of July, 2020.**

                                             /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**